BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  Cr. 1:12CR00341 |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER |
| v. | |
| **PHONEPASEUTH** PHAPHILOM, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, March 17, 2014, at 8:30 a.m.

2. By this stipulation, the parties now move to continue the sentencing to Monday, March 24, 2014, at 8:30 a.m.

3. The continuance is necessitated by the unavailability of counsel for the government, who will be out of state on March 17 on a case-related matter that requires national coordination by Main Justice.

////

1

IT IS SO STIPULATED.

DATED:    March 11, 2014.            Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ Karen A. Escobar_____
                                     KAREN A. ESCOBAR
                                     Assistant United States Attorney


DATED:    March 11, 2014.

                                     /s/ Gary Huss _____
                                     GARY HUSS
                                     Counsel for Defendant Phaphilom


**O R D E R**

IT IS SO ORDERED.

   Dated:   **March 11, 2014**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

2