HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
PHONEPASEUTH PHAPHILOM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PHONEPASEUTH PHAPHILOM,<br><br>　　　　　Defendant. | No.  Cr. F 12-341 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

　　　　Defendant, PHONEPASEUTH PHAPHILOM, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On March 24, 2014, this Court sentenced Mr. Phaphilom to a term of 46 months imprisonment;

　　　　3.　　His total offense level was 21, his criminal history category was III, and the resulting guideline range was 46 to 57 months;

4. The sentencing range applicable to Mr. Phaphilom was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Phaphilom's total offense level has been reduced from 21to 19, and his amended guideline range is 37 to 46 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Phaphilom's term of imprisonment to a total term of 37 months, effective November 1, 2015.

Respectfully submitted,

Dated:  June 4, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  June 4, 2015

HEATHER E. WILLIAMS
Federal Defender


 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
PHONEPASEUTH PHAPHILOM

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Phaphilom is entitled to the benefit Amendment 782, which reduces the total offense level from 21 to 19, resulting in an amended guideline range of 37 to 46 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2014 is reduced to a term of 37 months, effective November 1, 2015.  If this sentence is less than the amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence.  In no event is this Order to be understood as authorizing release prior to November 1, 2015 or authorizing a term of imprisonment less than the term actually served on November 1, 2015.

     IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

     Unless otherwise ordered, Mr. Phaphilom shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

    Dated:   **June 4, 2015**　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE