Case 1:12-cr-00341-LJO-SKO Document 169 Filed 06/26/15 Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>PHONEPASEUTH PHAPHILOM | Case No: 1:12-CR-00341-005 LJO<br>USM No: 69223-097 |
| Date of Original Judgment: 12/11/2008<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | David Porter<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   46 months   months **is reduced to**   37 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   12/11/2008   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/26/2015

/s/ Lawrence J. O'Neill
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Honorable Lawrence J. O'Neill
*Printed name and title*